**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WACOH COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>ANALOG DEVICES, INC.; ROBERT BOSCH LLC; KIONIX, INC.; VTI TECHNOLOGIES, INC.; and INVENSENSE, INC.,<br><br>  Defendants. | Case No. CASE NO. C 12-00530 MEJ<br><br>**(Proposed)**<br>**ORDER**<br><br>Courtroom: B – 15th Floor<br><br>Judge: Magistrate Judge Maria-Elena James<br><br>Date Transferred: February 02, 2012<br><br>Initial Case Management Conference: May 17, 2012 |

IT IS HEREBY ORDERED THAT attorney Vinay V. Joshi of Turocy & Watson LLP be substituted as counsel for defendant INVENSENSE, INC. in place of Morrison & Foerster LLP and Young Conaway Stargatt & Taylor LLP.

IT IS SO ORDERED.

Dated:   April 16, 2012

*[Signature of Judge Maria-Elena James, United States District Court, Northern District of California seal]*