UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WACOH COMPANY,

        Plaintiff(s),         No. C 12-0530 PJH

  v.         **ORDER RE SEVERANCE AND RELATION OF SEVERED CASE**

ANALOG DEVICES, INC., et al.,

        Defendant(s).

_____/

        Defendants Analog Devices, Inc. and Robert Bosch LLC, settled with plaintiff and were terminated from the docket on November 12, 2010 and August 8, 2011 respectively. Defendant Kionix, Inc., was severed and transferred to the Northern District of New York on January 19, 2012, before the case was transferred to the Northern District of California on January 20, 2012. The Clerk shall amend the docket to reflect these three closings. The defendants remaining in this law suit are VTI Technologies, Inc. and InvenSense, Inc.

        Pursuant to the stipulation of the remaining parties and the discussion at the initial case management conference, the court has determined that plaintiff's claims against VTI Technologies shall be severed from the claims against InvenSense, Inc. pursuant to Fed. R. Civ. P. 21. Accordingly, this case (number C 12-0530 PJH) shall be referred to as the "InvenSense Action," and an amended complaint shall be filed within 14 days of the date of this order. The Clerk shall restyle the case caption to reflect InvenSense as the sole defendant. The severed claims against VTI Technologies Inc., shall be included in a new complaint which must be filed within 14 days of the date of this order, and bear the new caption. The Clerk shall accept the filing and open a new case file for the severed case which will bear a different case number and caption. No additional filing fee is required. All

documents currently docketed in this case, shall be copied to the new docket as well. Thereafter, documents shall be e-filed and docketed only on the one docket bearing the correct case number and caption, or for documents pertinent to both cases (such as *Markman* documents) they shall bear both cases numbers and be e-filed in both dockets.

The new "VTI Technologies Action" is related to this action pursuant to Civil Local Rule 3-12, and thus shall be assigned to the undersigned judge.

Both actions will be treated as consolidated solely for purposes of pre-*Markman* discovery and *Markman* proceedings, and shall proceed according to the stipulated schedule set forth in the July 16, 2012 joint stipulation of the parties.

The July 26, 2012 date for case management conference is VACATED.

**IT IS SO ORDERED.**

Dated: July 23, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge