| | |
|---|---|
| Matthew J.M. Prebeg (*pro hac vice*) | Vinay V. Joshi (S.B.N. 213487) |
| Brent T. Caldwell (*pro hac vice*) | Kiran P. Gupta (S.B.N. 213954) |
| CLEARMAN PREBEG LLP | TUROCY & WATSON LLP |
| 815 Walker, Suite 1040 | 560 S Winchester Blvd Suite 500 |
| Houston, Texas 77002 | San Jose, California 95128 |
| Telephone: (713) 223-7070 | Telephone: (408) 893-1512 |
| Facsimile: (713) 223-7071 | Facsimile: (216) 696-8731 |
| mprebeg@clearmanprebeg.com | vjoshi@thepatentattorneys.com |
| bcaldwell@clearmanprebeg.com | kgupta@thepatentattorneys.com |

David A. Makman (S.B.N. 178195)
LAW OFFICES OF DAVID A. MAKMAN
90 New Montgomery St., Suite 600
San Francisco, California 94105
Telephone: (415) 777-8572
Facsimile: (415) 777-8638
david@makmanlaw.com

Attorney for Defendant
INVENSENSE INC.

Attorneys for Plaintiff
WACOH COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| WACOH COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>INVENSENSE, INC.<br><br>          Defendant. | CASE NO.4:12-cv-00530 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES' AGREED MOTION TO DISMISS INVENSENSE, INC. UNDER FRCP 41(a)(1)(ii) & 41(c)<br><br>**Noticed Hearing Date & Time: N/A**<br><br>Courtroom: B – 15th Floor<br><br>Judge: U.S. Dist. Judge Phyllis J. Hamilton<br><br>Date Transferred: February 02, 2012<br><br>Initial Case Management Conference: June 14, 2012<br><br>Trial Date: To Be Determined |

CASE NO.C 12-00530 PJH          Page 1          [PROPOSED] ORDER GRANTING THE PARTIES' AGREED MOTION TO DISMISS

**[PROPOSED] ORDER GRANTING THE PARTIES' AGREED MOTION TO DISMISS INVENSENSE, INC. UNDER FRCP 41(a)(1)(ii) & 41(c)**

The Court has reviewed the agreed motion to dismiss filed by Plaintiff Wacoh Company ("Wacoh" or "Plaintiff"), and Defendant InvenSense, Inc. ("InvenSense" or "Defendant"), in which the parties notify the Court they have settled and stipulate to the following terms:

1. that Wacoh dismisses with prejudice of all its claims against InvenSense in this suit.

2. that InvenSense dismisses with prejudice of all of its counter-claims against Wacoh in this suit, except for its counterclaims regarding invalidity which are dismissed without prejudice.

3. that Wacoh and InvenSense, respectively, each shall bear its own attorney fees and costs incurred in connection with this action.

4. that this Court shall retain jurisdiction over the parties and the settlement agreement for purposes of resolving any disputes that may arise under it.

Having reviewed the parties' agreed motion to dismiss and the other files and pleadings of record and deeming itself fully advised, the Court HEREBY GRANTS the parties' agreed motion, and ORDERS that this matter is HEREBY DISMISSED, according to the terms of the parties' stipulation set out in their agreed motion to dismiss, as of the date this order is entered.

ENTERED this 14th day of September, 2012.



_____ JUDGE

CASE NO.C 12-00530 PJH

[PROPOSED] ORDER GRANTING THE PARTIES' AGREED MOTION TO DISMISS

Page 2